

LAW OFFICE OF
**GABRIEL A. LEVY, P.C.**

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217  Glevyfirm@gmail.com (516) 287-3458

**MEMORANDUM ENDORSED**

July 7, 2021

Hon. Gregory H. Woods
United Stated District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    RE:    DUNSTON V. BUNGALOW ONC, LLC. et al.
          **DOCKET NO. 1:21-cv-03680-GHW**

Dear Judge Woods:

      The undersigned represents Natosha Dunston, the plaintiff in the above-referenced matter. I write to respectfully request an extension of time for defendants to answer the complaint and for an adjournment of the July 27, 2021 initial pretrial conference. This is plaintiff's first request for an adjournment of the conference.

      To date, the defendants have not yet appeared, answered, or otherwise moved. However, I was recently contacted by William Kelly, Esq. who advised that he is waiting to hear back from their insurance carrier regarding coverage. Accordingly, I respectfully request that defendants time to answer be extended for thirty (30) days and that the initial pretrial conference be adjourned for thirty (30) days to provide defendants additional time to appear, answer, or otherwise move.

      Thank you for your time and consideration on this matter.

                    Respectfully,

                    Gabriel A. Levy

Application granted in part and denied in part.  Plaintiff's request for an extension of time for Defendant to answer or otherwise respond, Dkt. No. 9, is denied.  Plaintiff's request for an adjournment of the initial pretrial conference, Dkt. No. 9, is granted. The initial pretrial conference scheduled for July 27, 2021, Dkt. No. 7, is adjourned to September 27, 2021 at 11 a.m.  The joint letter and proposed case management plan described in the Court's April 27, 2021 order are due no later than September 20, 2021.  The Clerk of Court is directed to terminate the order pending at Dkt. No. 9.

SO ORDERED.

Dated:  July 7, 2021
New York, New York

                    _____
                    GREGORY H. WOODS
                    United States District Judge